Marion C. Passmore (SBN 228474)
passmore@bespc.com
Melissa A. Fortunato (SBN 319767)
fortunato@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506

*Counsel for Plaintiff Edwin Isaac*
*and [Proposed] Co-Lead Counsel*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GIOVANNI IBARRA, derivatively on behalf of ENPHASE ENERGY, INC.,<br>Plaintiff,<br>v.<br>BADRINARAYANAN KOTHANDARAMAN, MANDY YANG, STEVEN J. GOMO, JAMIE HAENGGI, BENJAMIN KORTLANG, JOSEPH MALCHOW, RICHARD MORA, and THURMAN JOHN RODGERS,<br>Defendants,<br>and<br>ENPHASE ENERGY, INC.,<br>Nominal Defendant. | Case No.: 3:24-cv-04278-RS<br><br>Honorable Richard Seeborg<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS** |

[Caption continued on next page]

| | |
|---|---|
| EDWIN ISAAC, derivatively on behalf of ENPHASE ENERGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BADRINARAYANAN KOTHANDARAMAN, MANDY YANG, STEVEN J. GOMO, JAMIE HAENGGI, BENJAMIN KORTLANG, JOSEPH MALCHOW, RICHARD MORA, and THURMAN JOHN RODGERS,<br><br>Defendants,<br><br>and<br><br>ENPHASE ENERGY, INC.,<br><br>Nominal Defendant. | Case No.: 4:24-cv-06257-KAW<br><br>Honorable Kandis A. Westmore |

**WHEREAS**, on July 16, 2024, plaintiff Giovanni Ibarra ("Ibarra") filed a shareholder derivative action on behalf of nominal defendant Enphase Energy, Inc. ("Enphase" or the "Company") in this Court alleging causes of action for violations of Sections 10(b), 14(a), 20(a), and Rule 10b-5 of the Securities Exchange Act of 1934 (the "Exchange Act"), breach of fiduciary duty, contribution and indemnification, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets against defendants Badrinarayanan Kothandaraman, Mandy Yang, Steven J. Gomo, Jamie Haenggi, Benjamin Kortlang, Joseph Malchow, Richard Mora, and Thurman John Rodgers, (collectively, the "Individual Defendants," and together with the Company, "Defendants"), captioned *Ibarra v. Kothandaraman, et al.*, Case No. 3:24-cv-04278-RS (the "*Ibarra* Action");

**WHEREAS**, on September 5, 2024, plaintiff Edwin Isaac ("Isaac," together with Ibarra, "Plaintiffs," and Plaintiffs together with Defendants, the "Parties") filed a shareholder derivative action on behalf of nominal defendant Enphase in this Court alleging causes of action for violations of Sections 10(b) and 14(a) and Rules 10b-5 and 14a-9 of the Exchange Act, breach of fiduciary duty, contribution and indemnification, unjust enrichment, aiding and abetting, insider trading and misappropriation of information, and waste of corporate assets against the Individual Defendants, captioned *Isaac v. Kothandaraman, et al.*, Case No. 4:24- cv-06257-KAW (the "*Isaac* Action," and with the *Ibarra* Action, the "Derivative Actions");

**WHEREAS**, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

**WHEREAS**, the Derivative Actions challenge the same alleged conduct by the same Company directors and officers and involve substantially the same questions of law and fact;

**WHEREAS**, the Parties therefore respectfully submit that consolidation of the Derivative Actions is appropriate;

**WHEREAS**, to avoid potentially duplicative actions and to prevent any waste of the Court's and the Parties' resources, the Parties agree that the Derivative Actions should be consolidated for

all purposes, including pre-trial proceedings and trial, into a single consolidated action under Lead Case No. 3:24-cv-04278-RS (hereinafter referred to as the "Consolidated Derivative Action");

**WHEREAS**, in order to realize the efficiencies made possible by consolidation of the Derivative Actions, Plaintiffs agree that The Brown Law Firm, P.C. and Bragar Eagel & Squire, P.C.[1] shall be designated as Co-Lead Counsel for plaintiffs in the Consolidated Derivative Action;

**WHEREAS**, Defendants agree that the Derivative Actions should be consolidated and take no position regarding appointment of Co-Lead Counsel; and

**WHEREAS**, this Stipulation is not a waiver of any of the Parties' rights, remedies, claims, or defenses;

**IT IS HEREBY STIPULATED AND AGREED,** by and among the Parties, by their undersigned counsel, subject to approval of the Court, as follows:

1. Defendants, through their undersigned counsel, hereby accept service of the summons and complaints in the Derivative Actions without waiver of any rights or defenses except as to sufficiency of service.

2. The Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, into the Consolidated Derivative Action.

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Ibarra v. Kothandaraman, et al.* | 3:24-cv-04278-RS | July 16, 2024 |
| *Isaac v. Kothandaraman, et al.* | 4:24- cv-06257-KAW | September 5, 2024 |

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action later consolidated with this action, shall bear the following caption:

---

[1] Attached hereto as Exhibits A and B are The Brown Law Firm, P.C.'s and Bragar Eagel & Squire, P.C.'s firm resumes.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ENPHASE ENERGY, INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 3:24-cv-04278-RS |

4. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Lead Case No. 3:24-cv-04278-RS. All papers and documents previously filed and/or served in the Derivative Actions shall be deemed a part of the record in the Consolidated Derivative Action

5. This Order shall apply to each related purported shareholder derivative action asserting claims derivatively on behalf of Enphase ("Potential Subsequent Related Derivative Actions") that is filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court. When a case which properly belongs as part of *In re Enphase Energy, Inc. Stockholder Derivative Litigation*, Lead Case No. 3:24-cv-04278-RS, is hereafter filed in, removed to, reassigned to, or transferred to this Court, counsel for the Parties shall call such filing, removal, reassignment, or transfer to the attention of the Clerk of the Court for purposes of moving the Court for an order consolidating such case(s) with *In re Enphase Energy, Inc. Stockholder Derivative Litigation*, Lead Case No. 3:24-cv-04278-RS. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to Potential Subsequent Related Derivative Actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, and all Potential Subsequent Related Derivative Actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court shall be consolidated into the Consolidated Derivative Action.

6. Co-Lead Counsel for plaintiffs for the conduct of the Consolidated Derivative Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore
Melissa A. Fortunato
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506

7. Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

9. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Derivative Action.

10. Within sixty (60) days after the entry of an order with respect to this Stipulation, the Parties will submit a proposed scheduling order to the Court. Defendants need not respond to the complaints filed in the Derivative Actions until the date set in the Court's ruling on that proposed schedule.

/ / /

/ / /

/ / /

11. This Stipulation is without prejudice to any and all defenses Defendants may assert in this or any of the above-referenced actions and without prejudice to any and all claims Plaintiffs may assert.

Respectfully submitted,

Dated: September 16, 2024

**BRAGAR EAGEL & SQUIRE, P.C.**
*/s/ Marion C. Passmore*
Marion C. Passmore (SBN 228474)
Melissa A. Fortunato (SBN 319767)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: passmore@bespc.com
fortunato@bespc.com

*Counsel for Plaintiff Edwin Isaac and [Proposed] Co-Lead Counsel for Plaintiffs*

Dated: September 16, 2024

**THE BROWN LAW FIRM, P.C.**
*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel (SBN 62166)
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Ibarra and [Proposed] Co-Lead Counsel for Plaintiffs*

Dated: September 16, 2024

**LATHAM & WATKINS LLP**
*/s/ Daniel Gherardi*
Daniel Gherardi
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 470-4941
Email: daniel.gherardi@lw.com

**Civil L.R. 5-1(i)(3) Attestation:**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 16, 2024

*/s/ Marion C. Passmore*
Marion C. Passmore

* * *

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ______________________

______________________________
Honorable Richard Seeborg