LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
*colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400

Daniel R. Gherardi (Bar No. 317771)
*daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600

*Attorneys for Defendants Badrinarayanan Kothandaraman, Mandy Yang, Steven J. Gomo, Jamie Haenggi, Benjamin Kortlang, Joseph Malchow, Richard Mora, Thurman John Rodgers, and Nominal Defendant Enphase Energy, Inc.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ENPHASE ENERGY, INC. STOCKHOLDER DERIVATIVE LITIGATION<br>_______________<br>This Document Relates to:<br>ALL ACTIONS | Lead Case No. 3:24-cv-04278-RS<br><br>**STIPULATION AND ORDER RELATING AND STAYING DERIVATIVE ACTION** |

**WHEREAS**, on July 16, 2024, plaintiff Giovanni Ibarra ("Ibarra") filed a shareholder derivative action purportedly on behalf of nominal defendant Enphase Energy, Inc. ("Enphase") in this Court alleging claims for breach of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, violations of Sections 10(b), 14(a), and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), and for contribution under Sections 10(b) and 21D of the Exchange Act against defendants Badrinarayanan Kothandaraman, Mandy Yang, Steven J. Gomo, Jamie Haenggi, Benjamin Kortlang, Joseph Malchow, Richard Mora, and Thurman John Rodgers (collectively, the "Individual Defendants," and with Enphase, "Defendants,"), captioned *Ibarra v. Kothandaraman, et al.*, Case No. 3:24-cv-04278-RS (the "Ibarra Action");

**WHEREAS**, on September 5, 2024, plaintiff Edwin Isaac ("Isaac," together with Ibarra, "Plaintiffs," and Plaintiffs together with Defendants, the "Parties") filed a shareholder derivative action on behalf of nominal defendant Enphase in this Court alleging causes of action for violations of Sections 10(b) and 14(a) of the Exchange Act, breach of fiduciary duty, contribution and indemnification, unjust enrichment, aiding and abetting, insider trading and misappropriation of information, and waste of corporate assets against the Individual Defendants, captioned *Isaac v. Kothandaraman, et al.*, Case No. 3:24- cv-06257-RS (the "Isaac Action," and with the Ibarra Action, the "Derivative Actions");

**WHEREAS**, on September 20, 2024, this Court entered the Revised Joint Stipulation and Order to Consolidate Related Shareholder Derivative Actions and Appoint Co-Lead Counsel for Plaintiffs, thereby consolidating the Derivative Actions into the above-captioned action (the "Action") and appointing The Brown Law Firm, P.C. and Bragar Eagel & Squire, P.C. as Co-Lead Counsel for plaintiffs in the Action (Dkt. 17);

**WHEREAS**, a factually related securities class action captioned *Hayes v. Enphase Energy, Inc., et al.,* Case No. 3:24-cv-04249-JD, is currently pending in this Court (the "Class Action"), in which the plaintiffs assert federal securities law claims against Enphase and certain of its officers, and in which the defendants anticipate filing a motion to dismiss to an amended complaint to be filed by a court-appointed lead plaintiff;

**WHEREAS**, although Plaintiffs contend that this Action has merit independent of and is not dependent on the outcome of the Class Action, the Parties agree that the resolution of the anticipated motion(s) to dismiss in the Class Action may help inform the manner in which this Action proceeds;

**WHEREAS**, in an effort to proceed in the most efficient manner, the Parties agree that this Action should be temporarily stayed until the resolution of any and all motion(s) to dismiss in the Class Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their undersigned counsel of record and subject to approval of the Court, as follows:

1. This Action is related to the Class Action.

2. This Action, including all deadlines and hearings, is hereby stayed until any and all motion(s) to dismiss in the Class Action have been finally and fully resolved, including that any appeals have been concluded or the time for seeking appellate review has passed with no further action from the parties to the Class Action.

3. Notwithstanding the stay of this Action, Plaintiffs may file an amended complaint during the pendency of the stay. Defendants shall not be obligated to respond to the current complaint or any subsequent complaint while the Action is stayed, and Defendants reserve all rights with respect to any subsequent complaint.

4. The Parties have the option to terminate this stay if (a) any related derivative action is not stayed for the same or longer duration and under similar terms; or (b) a settlement of the Class Action is finally entered by the Court by giving thirty days' notice in writing via email to the undersigned counsel for the Parties.

5. In the event this stipulated stay of proceedings is lifted, the Parties shall meet and confer, and within fourteen days after the stay is lifted submit a proposed scheduling order to the Court for approval, including the date by which Defendants must respond to the complaint.

6. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein. Defendants preserve all rights, objections, arguments, and defenses, including but not limited to *forum non conveniens*, improper venue, jurisdiction, and any defenses under

Federal Rules of Civil Procedure 12(b) and 23.1, as well as any and all other procedural or substantive challenges to the Action or any other complaint.

Dated: October 10, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

By */s/ Daniel R. Gherardi*

Daniel R. Gherardi (SBN 317771)
140 Scott Drive
Menlo Park, California 94025
T: (650) 328-4600
Email: daniel.gherardi@lw.com

Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400
Email: colleen.smith@lw.com

*Attorney for Defendants*

Dated: October 10, 2024

**THE BROWN LAW FIRM, P.C.**

By */s/Robert C. Moest*

Robert C. Moest, Of Counsel (SBN 62166)
2530 Wilshire Boulevard
Second Floor
Santa Monica, CA 90403
T: (310) 915-6628
F: (310) 915-9897
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
T: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

Dated: October 10, 2024

**BRAGAR EAGEL & SQUIRE, P.C.**

By /s/Melissa A. Fortunato

Marion C. Passmore (SBN 228474)
Melissa A. Fortunato (SBN 319767)
580 California Street, Suite 1200
San Francisco, CA 94104
T: (415) 568-2124
Email: passmore@bespc.com
Email: fortunato@bespc.com

*Co-Lead Counsel for Plaintiffs*

**SIGNATURE ATTESTATION**

In compliance with Civil Local Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

Dated: October 10, 2024

/s/ *Daniel R. Gherardi*
Daniel R. Gherardi

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/11/2024

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE