LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
*colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400

Daniel R. Gherardi (Bar No. 317771)
*daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600

Thomas J. Giblin (*pro hac vice*)
*thomas.giblin@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1 212-906-1200

*Attorneys for Defendants Badrinarayanan Kothandaraman, Mandy Yang, Steven J. Gomo, Jamie Haenggi, Benjamin Kortlang, Joseph Malchow, Richard Mora, Thurman John Rodgers, and Nominal Defendant Enphase Energy, Inc.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SAN FRANCICSO ~~OAKLAND~~ **DIVISION**

| | |
|---|---|
| IN RE ENPHASE ENERGY, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:24-cv-04278-RS |
| This Document Relates to: ALL ACTIONS | **STIPULATION AND ~~[PROPOSED]~~ ORDER VACATING CASE MANAGEMENT CONFERENCE** (Civil L.R. 6-1, 6-2, 7-12) |

Plaintiffs Giovanni Ibarra and Edwin Isaac (together, "Plaintiffs") and Defendants Badrinarayanan Kothandaraman, Mandy Yang, Steven J. Gomo, Jamie Haenggi, Benjamin Kortlang, Joseph Malchow, Richard Mora, Thurman John Rodgers, and Nominal Defendant Enphase Energy, Inc. (collectively, "Defendants"; Plaintiffs and Defendants together, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

**WHEREAS**, on October 11, 2024, this Court entered the Stipulation and Order Relating and Staying this Action (the "Stipulation"), thereby relating this consolidated action to the securities class action captioned *Hayes v. Enphase Energy, Inc., et al.,* Case No. 3:24-cv-04249-JD (the "Class Action"), and staying all deadlines and hearings until any and all motion(s) to dismiss in the Class Action have been finally and fully resolved, including that any appeals have been concluded or the time for seeking appellate review has passed with no further action from the parties to the Class Action (Dkt. No. 24);

**WHEREAS**, on July 1, 2025, and August 28, 2025, the Court granted the Parties' stipulations to continue the initial case management conference in this action (Dkt. Nos. 30, 32);

**WHEREAS**, to date, there has not been any final or full resolution of any motion(s) to dismiss in the Class Action;

**WHEREAS**, the Initial Case Management Conference in this matter is set for January 15, 2026 (Dkt. No. 32);

**WHEREAS**, counsel for the Parties respectfully submit that, given the current stay of this action, good cause exists to vacate the existing January 15, 2026 Initial Case Management Conference and all deadlines triggered by the Initial Case Management Conference, including ADR deadlines and deadlines associated with Federal Rule of Civil Procedure 26, until a date that is convenient for the Court after the stay is lifted;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1. The January 15, 2026 Initial Case Management Conference is hereby vacated.

2. All deadlines triggered by the Initial Case Management Conference, including ADR deadlines and deadlines associated with Federal Rule of Civil Procedure 26, are hereby stayed.

3. Pursuant to the Court's prior order staying all deadlines and hearings in this matter (Dkt. No. 24), the Initial Case Management Conference shall be rescheduled to a date that is convenient for the Court if the stay in this action is lifted.

Dated: January 7, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

By */s/ Daniel R. Gherardi*

Daniel R. Gherardi (SBN 317771)
140 Scott Drive
Menlo Park, California 94025
T: (650) 328-4600
Email: daniel.gherardi@lw.com

Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400
Email: colleen.smith@lw.com

Thomas J. Giblin (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
T: (212) 906-1200
Email: thomas.giblin@lw.com

*Counsel for Defendants*

Dated: January 7, 2026

**THE BROWN LAW FIRM, P.C.**

By */s/ Robert C. Moest*

Robert C. Moest, Of Counsel (SBN 62166)
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
T: (310) 915-6628
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
T: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

Dated: January 7, 2026

**BRAGAR EAGEL & SQUIRE, P.C.**

By */s/ Melissa A. Fortunato*

Marion C. Passmore (SBN 228474)
Melissa A. Fortunato (SBN 319767)
580 California Street, Suite 1200
San Francisco, CA 94104
T: (415) 568-2124
Email: passmore@bespc.com
Email: fortunato@bespc.com

*Co-Lead Counsel for Plaintiffs*

**SIGNATURE ATTESTATION**

I, Daniel R. Gherardi, am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Vacating Case Management Conference. Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Daniel R. Gherardi, attest that concurrence in the filing of this document has been obtained.

DATED: January 7, 2026

*_/s/ Daniel R. Gherardi_*
Daniel R. Gherardi

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 9, 2026

Hon. Richard Seeborg
United States District Judge