LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
*colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400

Daniel R. Gherardi (Bar No. 317771)
*daniel.gherardi@lw.com*
801 Jefferson Avenue, Suite 300
Redwood City, CA 94063
Telephone: +1.650.328.4600

Thomas J. Giblin (*pro hac vice*)
*thomas.giblin@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1 212-906-1200

*Attorneys for Defendants Badrinarayanan Kothandaraman, Mandy Yang, Steven J. Gomo, Jamie Haenggi, Benjamin Kortlang, Joseph Malchow, Richard Mora, Thurman John Rodgers, and Nominal Defendant Enphase Energy, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ENPHASE ENERGY, INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Lead Case No. 3:24-cv-04278-RS<br><br>**NOTICE OF CHANGE OF ADDRESS OF DANIEL R. GHERARDI** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the change of address of Daniel R. Gherardi, counsel for Defendants Badrinarayanan Kothandaraman, Mandy Yang, Steven J. Gomo, Jamie Haenggi, Benjamin Kortlang, Joseph Malchow, Richard Mora, Thurman John Rodgers, and Nominal Defendant Enphase Energy, Inc., as follows:

LATHAM & WATKINS LLP
801 Jefferson Avenue, Suite 300
Redwood City, California 94063

Counsel's telephone number, facsimile number, and email address remain unchanged. This information was also submitted electronically through the Court's CM/ECF system as an update to counsel's registration information.

Dated: May 4, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Daniel R. Gherardi*

Daniel R. Gherardi (SBN 317771)
801 Jefferson Avenue, Suite 300
Redwood City, CA 94063
T: (650) 328-4600
Email: daniel.gherardi@lw.com

Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400
Email: colleen.smith@lw.com

Thomas J. Giblin (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
T: (212) 906-1200
Email: thomas.giblin@lw.com

*Attorneys for Defendants Badrinarayanan Kothandaraman, Mandy Yang, Steven J. Gomo, Jamie Haenggi, Benjamin Kortlang, Joseph Malchow, Richard Mora, Thurman John Rodgers, and Nominal Defendant Enphase Energy, Inc.*